UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X
                                               :
JANET RUSSELL,                       :
                                               :
            Plaintiff,                :          CASE NO.: 19-cv-09544-VSB
                                               :
     -against-                           :
                                               :
AVON PRODUCTS, INC., CHAN W.         :
GALBATO, W. DON CORNWELL, JAN      :
ZIJDERVELD, JOSE ARMARIO, NANCY   :
KILLEFER, SUSAN J. KROPF, HELEN      :
MCCLUSKEY, ANDREW G. MCMASTER,  :
JR., JAMES A. MITAROTONDA, MICHAEL :
F. SANFORD, and LENARD TESSLER,     :
                                                 :
            Defendants.             :
----------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 19, 2019                     Respectfully Submitted,

                                                        **MONTEVERDE & ASSOCIATES PC**

                                                        */s/ Juan E. Monteverde*
                                                        Juan E. Monteverde (JM-8169)
                                                        The Empire State Building
                                                        350 Fifth Avenue, Suite 4405
                                                        New York, New York 10118
                                                        Tel: 212-971-1341
                                                        Fax: 212-202-7880

                                                        *Attorney for Plaintiff*